■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA GRIFFIN, Appellant. [659 NYS2d 613] —Appeal unanimously dismissed. Memorandum: The sole contention of defendant, as limited by her brief, is that the sentence imposed for her violation of probation is harsh and excessive. Because defendant has completed serving that sentence, her appeal is moot (*see, People v Coleman*, 179 AD2d 670; *People v Skaar*, 97 AD2d 484). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Violation of Probation.) Present—Denman, P. J., Pine, Doerr, Balio and Boehm, JJ.